IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PARKTORIA TECHNOLOGIES, LLC, | ) | Case No. 15-10834 (BLS) |
| et al[1]., | ) | (Jointly Administered) |
| Debtors. | ) | |

Objections due by: September 27, 2019 at 4:00 p.m.
Hearing Date: November 5, 2019 at 9:30 a.m.

**NOTICE OF FIRST AND FINAL FEE APPLICATION OF LAW OFFICE OF SUSAN E. KAUFMAN, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO CHAPTER 7 TRUSTEE**

Law Office of Susan E. Kaufman, LLC general counsel to Jeoffrey L. Burtch, Chapter 7 trustee (the "Trustee") in the above-captioned cases has filed the attached *FIRST AND FINAL FEE APPLICATION OF LAW OFFICE OF SUSAN E. KAUFMAN, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO CHAPTER 7 TRUSTEE* (the "Application").

If you disagree with the relief requested, you are required to file a response to the Application on or before **September 27, 2019 at 4:00 p.m.** Any response must be in writing, filed with the Clerk of the United States Bankruptcy Court at 824 North Market Street, Third Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon counsel for the Trustee:

M. Claire McCudden, Esq.
LAW OFFICE OF SUSAN E. KAUFMAN, LLC
919 North Market Street, Suite 460
Wilmington, DE 19801
cmccudden@skaufmanlaw.com

IF OBJECTIONS ARE FILED, A HEARING ON THE APPLICATION WILL BE HELD ON **NOVEMBER 5, 2019 AT 9:30 A.M.** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM 1, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 7 cases, along with each Debtor's bankruptcy case number, are: Parktoria Technologies, LLC, Case No. 15-10834 and Moana Parking Management, LLC, Case No. 15-10835.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ M. Claire McCudden*
M. Claire McCudden, (DSB# 5036)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
cmccudden@skaufmanlaw.com

Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee

Dated: September 6, 2019