IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PARKTORIA TECHNOLOGIES, LLC, | ) | Case No. 15-10834 (BLS) |
| *et al*[1]., | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related Docket No. 59 |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF
LAW OFFICE OF SUSAN E. KAUFMAN, LLC FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
<u>GENERAL COUNSEL TO CHAPTER 7 TRUSTEE</u>**

Before the Court is the First and Final Fee Application of Law Office of Susan E. Kaufman, LLC for Compensation for Services Rendered and Reimbursement of Expenses as General Counsel to Chapter 7 Trustee for the First and Final Period of October 12, 2015 through September 6, 2019 (the "Application").[2]

1. This Court has jurisdiction, pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012. This is a core proceeding under 28 U.S.C. §157(b)(2).

2. Proper notice of the Application has been provided by Kaufman.

3. The Court finds that the legal and factual basis for the Application has been established and that the compensation and reimbursement of expenses described in the Application are necessary, fair and reasonable.

4. The Application is **GRANTED**. Any objections not made to the Application are waived. Any objections made to the Application are overruled with prejudice.

IT IS HEREBY ORDERED that the Application is APPROVED as set for in this Order;

---

[1] The Debtors in these chapter 7 cases, along with each Debtor's bankruptcy case number, are: Parktoria Technologies, LLC, Case No. 15-10834 and Moana Parking Management, LLC, Case No. 15-10835.
[2] Capitalized terms used herein shall have the meanings ascribed to them in the Application.

IT IS FURTHER ORDERED that Kaufman in granted interim and final allowance of compensation in the amount of $9,167.50 and reimbursement of costs and expenses in the sum of $345.49 on behalf of the Parktoria estate;

IT IS FURTHER ORDERED that the Trustee is authorized to pay Kaufman interim and Final compensation in the amount of $9,167.50 and reimbursement of costs and expenses in the sum of $345.49 from the Parktoria estate;

IT IS FURTHER ORDERED that Kaufman in granted interim and final allowance of compensation in the amount of $2,734.50 and reimbursement of costs and expenses in the sum of $40.00 on behalf of the Moana estate;

IT IS FURTHER ORDERED that the Trustee is authorized to pay Kaufman interim and Final compensation in the amount of $2,734.50 and reimbursement of costs and expenses in the sum of $40.00 from the Moana estate;

IT IS FURTHER OREDRED that this Order is effective and enforceable immediately, and shall not be affected and/or stayed by any of the provisions of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure, or any other applicable rule;

IT IS FURTHER ORDERED that this order finally approves the compensation as stated above, except that any such compensation and reimbursement of expenses paid remain subject to disgorgement pending approval of the Trustee's Final Report.

**Dated: October 2nd, 2019**
**Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**